UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and DISNEY ENTERPRISES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TONYA GREEN, an individual,<br><br>Defendant. | FILED: AUGUST 6, 2008<br>No.: 08CV4430<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE MASON<br><br>PH |

### NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiffs identify below their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

WARNER BROS. ENTERTAINMENT INC. is ultimately and indirectly majority owned by Time Warner Inc., a publicly traded U.S. corporation.

DISNEY ENTERPRISES, INC. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded Delaware Corporation.

                                                          WARNER BROS. ENTERTAINMENT INC.,
and DISNEY ENTERPRISES, INC.

DATED: August 6, 2008                By: /s/ Sharon A. Ceresnie
                                                        Douglas N. Masters
                                                        Sharon A. Ceresnie
                                                         LOEB & LOEB LLP
                                                         321 North Clark Street
                                                         Chicago, IL 60654
                                                         Phone: (312) 464-3100
                                                         Fax:   (312) 464-3111
                                                         dmasters@loeb.com
                                                         sceresnie@loeb.com