AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and DISNEY ENTERPRISES, INC., a Delaware corporation,

CASE NUMBER: 08CV4430

ASSIGNED JUDGE: JUDGE KENNELLY

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

V.

TONYA GREEN, an individual.

TO: Tonya Green, 1926 S 5th Ave, Maywood, Illinois 60153

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Douglas N. Masters  
Sharon A. Ceresnie  
LOEB & LOEB LLP  
321 North Clark Street  
Suite 2300  
Chicago, IL 60654  

Phone: (312) 464-3100  
Fax: (312) 464-3111  

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                           DATE

Michael W. Dobbins, Clerk

*Paula Harrison*
(By) DEPUTY CLERK

August 6, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/13/08 |
| NAME OF SERVER (PRINT) ROBERT RUSCH | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served 1936 S. 5th AVE., MAYWOOD, IL 60153

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted _____

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/13/08
              Date                    Signature of Server

                                      27 N. WACKER DR., 195, CHICAGO, IL 60606
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure